Marita S. Parker, Administratrix of Estate of Morral E. Parker, Deceased, Appellant, v. Peoria Transportation Company and Clyde Burnett, Appellees.

Gen. No. 10,339.

opinion filed June 29, 1949; released for publication July 16, 1949. Knoblock, McConnell & Kennedy, and Sig. B. Nelson, for appellant; Cassidy, Sloan & Crutcher, for appellees. Opinion by JUSTICE DOVE. **Not to be published in full.**